UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 NORTH KING STREET
WILMINGTON, DE 19801
TELEPHONE: 302-573-6170

|  |  |
|---|---|
|  | Jury Trial Demanded |
| JAMES M. IRVIN, M.D., <br> Plaintiff, *pro se* | Civil Action <br> No. 08-183 |
| V. | Filed: April 2, 2008 |
| James B. Peake, Secretary, <br> Department of Veterans Affairs, <br> Defendant. |  |

VERIFICATION OF SERVICE

James M. Irvin, M.D., *pro se,* hereby verifies under the penalty of perjury that he served true and correct copies of the Summons and the Complaint upon the following by certified mail, return receipt requested, and the said pleading were received by the below individuals/entities as evidenced by the copies of the signed return receipt cards attached hereto as <u>Exhibit A</u>

James B. Peake
Secretary of Veterans Affairs
Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, DC 20420

Attorney General
Department of Justice
Washington, DC 20530

*[signature: James M. Irvin MD]*
James M. Irvin, M.D., *pro se*

May 6, 2008

*Exhibit A*





UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 NORTH KING STREET
WILMINGTON, DE 19801
TELEPHONE: 302-573-6170

|  |  |
|---|---|
|  | : Jury Trial Demanded |
| JAMES M. IRVIN, M.D., |  |
| Plaintiff, pro se | : Civil Action |
|  | : No. 08-183 |
| V. | Filed: April 2, 2008 |
| James B. Peake, Secretary, |  |
| Department of Veterans Affairs, | : |
| Defendant. | : |
|  | : |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Verification of Service was served upon the following by first class mail, postage prepaid, this date, to:

Assistant United States Attorney
Office of the United States Attorney
Nemours Building, P.O. Box 2046
Wilmington, DE 19899-2046
Telephone: (302) 573-6277
Fax: (302) 573-6220

James B. Peake
Secretary of Veterans Affairs
Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, DC 20420

Attorney General
Department of Justice
Washington, DC 20530

James M. Irvin, M.D., pro se

May 6, 2008