IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES M. IRVIN, M.D., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-CV-00183-SLR |
| JAMES B. PEAKE, Secretary, Department of Veterans Affairs, | : | |
| Defendant. | : | |

## ANSWER OF THE UNITED STATES OF AMERICA

COMES NOW, the United States of America ("Defendant"), by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney, and in response to each numbered paragraph of the Plaintiff's Complaint state as follows:

**PARTIES**:

    1.    Admitted, on information and belief.

    2.    Admitted, on information and belief.

**JURISDICTION**:

    3(a-c). The allegations in paragraph 3 are legal conclusions to which no response is necessary. To the extent a response is necessary, denied.

**VENUE**:

    4.    The allegations in paragraph 4 are legal conclusions to which no response is necessary. To the extent a response is necessary, denied.

    5 (a-g). Admitted.

6. Denied. Plaintiff received a response to his FOIA requests by cover of a letter dated April 28, 2008.

7. Admitted, on information and belief.

8. Denied. Plaintiff received a response to his FOIA requests by cover of a letter dated April 28, 2008.

9. Admitted, on information and belief.

10. Denied. Plaintiff received a response to his FOIA requests by cover of a letter dated April 28, 2008.

**WHEREFORE**, Defendant, United States, respectfully requests that judgment be entered in its favor and against Plaintiff, together with costs and disbursements and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:/s/Patricia C. Hannigan
   Patricia C. Hannigan
   Assistant United States Attorney
   Delaware Bar I.D. No. 2145
   The Nemours Building
   1007 Orange Street, Suite 700
   P. O. Box 2046
   Wilmington, DE 19899-2046
   (302) 573-6277
   Patricia.Hannigan@usdoj.gov

**Dated: June 6, 2008**

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **June 6, 2008**, I electronically filed the foregoing **ANSWER** with the Clerk of Court using CM/ECF. Notification of the filing and copies of the ANSWER will be sent via First Class United States Mail, to be served upon *Pro Se* Plaintiff at the following address:

**James Milton Irvin, M.D.**
1100 Lovering Avenue, Apt. 500
Wilmington, DE 19860

                                              COLM F. CONNOLLY
                                              United States Attorney

                                By:   /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145
                                        The Nemours Building
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Patricia.Hannigan@usdoj.gov