**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

June 23, 2008

James Milton Irvin, M.D.
1100 Lovering Avenue
Apartment 500
Wilmington, DE 19860

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
1105 North Market Street
Suite 1500
Wilmington, DE 19801

      Re: <u>Jame Milton Irvin, M.D. v. James B. Peake, Secretary of
      Veterans Affairs; Civ. No. 08-183-SLR</u>

Dear Dr. Irvin and Ms. Hannigan :

   Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **July 23, 2008**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

            Cordially,

            *[signature]*

            SUE L. ROBINSON

SLR/nmf
Enclosure
cc: Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MILTON IRVIN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civ. No. 08-183-SLR |
| ) | |
| ) | |
| JAMES B. PEAKE, Secretary, Department ) of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this     day of July, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **August 28, 2008.**

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **December 29, 2008.**

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and opening briefs and affidavits, if any, in support of the motions, shall be served and filed

on or before **February 2, 2009**. Answering briefs and affidavits, if any, shall be filed on or before **February 16, 2008**. Reply briefs shall be filed on or before **February 24, 2008**.

_____
United States District Judge