UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James M. Irvin, M.D.
    Plaintiff, *pro se*

v.

Department of Veterans Affairs,
    Defendant (Agency)

*Civil Action No: 08-CV-00183-SLR*
Filed April 3, 2008

**Plaintiff's Motion For Leave To File A Second Amended Complaint**
*Civil Action No: 08-CV-00183-SLR*

**Introduction**

James M. Irvin, M.D., (Dr. Irvin) in the above-captioned action as *pro se* plaintiff, respectfully requests this Honorable Court to grant leave for plaintiff to file a Second Amended Complaint and state as follows:

On April 3, 2008, Dr. Irvin *inadvertently* did not include additional information in ***Civil Action No: 08-CV-00183-SLR.*** Therefore, Dr. Irvin requests the following amendments to his initial complaint.

**Summary of Events**

1. Plaintiff filed his initial FOIA lawsuit in this Court on April 3, 2008.
2. On June 6, 2008 Agency's Counsel filed *Answer to the United States of America for **Civil Action No: 08-CV-00183-SLR.***
3. Plaintiff received letter from the Court dated June 23, 2008.
4. On June 25, 2008, Plaintiff filed a *Plaintiff's Response to Agency's Motion to Dismiss Civil Action No. 08-CV-00183-SLR, Filed on April 3, 2008.*
5. On June 26, 2008, Agency's Counsel sent a letter requesting that the suit should name Department of Veterans Affairs as the Defendant (not James B. Peake) and also request denial of discovery for this case.
6. As of the date of this motion, the Defendant has not yet filed a response to *Plaintiff's Response to Agency's Motion to Dismiss Civil Action No. 08-CV-00183-SLR, Filed on April 3, 2008.*

**Amending the Complaint**

1. Amending the Complaint therefore will not require the Defendant to re-file an answer, nor will amending the Complaint affect the Standing Order or the current Case Management Schedule.
2. This Second Amended Complaint provides additional details concerning the Plaintiff's claims, as follows:

    1. Agency to provide Plaintiff documentation of his special pay from 1996 to January 2006.

2. Agency to provide documentation of special pay of all Primary Care Physicians from 1996 to January 2006.
3. Agency to provide Plaintiff documentation of his market pay from January 2006 to present.
4. Agency to provide Plaintiff documentation of all Primary Care Physicians market pay from January 2006 to present.
5. Accept amendments (if any) in *Plaintiff's Response to Agency's Motion to Dismiss Civil Action No. 08-CV-00183-SLR, Filed on June 25, 2008*.
6. Request the Responses to Agency's Motions be postponed until September 15, 2008, because the colleagues who are assisting the Plaintiff with his case are unavailable from August 20, 2008 to September 15, 2008.
7. Allow Plaintiff to change the Defendant for this suit as "Department of Veterans Affairs: Agency: Philadelphia VA Medical Center."
8. Allow discovery for this case, as stated in the Court Order, dated June 23, 2008.
9. Court date for opening briefs and affidavits, if any, in support of the motions filed on or before February 2, 2009. Answering briefs and affidavits, if any filed on or before February 16, 2009 (typographical error of February 16, 2008). Reply briefs filed on or before February 24, 2009 (typographical error of February 24, 2008).

These changes in no way alter the underlying claims set forth in the Amended Complaint or otherwise substantially alters the content of the Complaint.

In accordance with Federal and Local Rules, Plaintiff is requesting consent from the Defendant for the filing of this Second Amended Complaint, though it appears that this consent will not be forthcoming.

**MEMORANDUM IN SUPPORT OF MOTION**

According to Federal Rule of Civil Procedure 15, "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served…otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a).

Where leave of the court is sought, Rule 15 states that "leave shall be freely given when justice so requires." In *Foman v. Davis*, the Supreme Court held that in the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be "freely given." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

This Court has recognized and upheld this principle, stating that "the court must be very liberal in granting leave to amend a complaint," noting that "this rule reflects an underlying policy that disputes should be determined on their merits, and not on the technicalities of pleading rules."

In this case, Plaintiffs seek, in good faith, to amend the complaint so as to further develop certain facts of **Civil Action No: 08-CV-00183-SLR**, filed on April 3, 2008.

Granting this request would be consistent with the "underlying policy that disputes should be determined on their merits, and not on the technicalities of pleading rules." Given the fact that Plaintiff's request to file a Second Amended Complaint would neither prejudice the Defendant,

3

nor delay or change any existing pleading or case management schedule, there is no reason why the Plaintiff's Motion For Leave To File A Second Amended Complaint should not be granted.

I, James M. Irvin, M.D., hereby declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
James M. Irvin, M.D., *pro se*
Signature of Plaintiff

DATED: July 9, 2008

Home Address:
James M. Irvin, M.D.
1100 Lovering Avenue, #500
Wilmington, DE 19806

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JAMES M. IRVIN, M.D., Plaintiff, *pro se*<br><br>v.<br><br>Department of Veterans Affairs, Defendant (Agency) | : Jury Trial Demanded<br>:<br>: No. 08-CV-00183-SLR<br>: Filed April 3, 2008<br>:<br>:<br>:<br>: |

Certificate of Service

I, James M. Irvin, M.D., hereby verify under penalty of perjury that I served a true and correct copy of *Plaintiff's Motion For Leave To File A Second Amended Complaint for Civil Action No. 08-CV-00183-SLR, Filed on April 3, 2008,* upon the following by first class mail, this date, to:

Patricia C. Hannigan, Esquire
Assistant United States Attorney
Office of the United States Attorney
The Nemours Building, 1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Assistant General Counsel
Department of Veterans Affairs
Office of General Counsel, Professional Staff Group 6
810 Vermont Avenue, N.W., Room 1030
Washington, D.C. 20420

*[signature: James M. Irvin, MD]*
James M. Irvin, M.D., *pro se*
Plaintiff

July 9, 2008

**James M. Irvin, M.D.**
Philadelphia VA Medical Center
3900 Woodland Avenue
Philadelphia, PA 19104
Telephone: 215 823 5800

July 9, 2008

FIRST CLASS MAIL

Clerk of Court
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801
Telephone: 302-573-6170

      Re: *James M. Irvin, M.D. v. Department of Veterans Affairs*
          U.S. District Court For The District Of Delaware
          Civil Action No. 08-CV-00183-SLR, Filed April 3, 2008

Dear Sir/Madam,

      Enclosed please find true and correct copy of *Plaintiff's Motion For Leave To File A Second Amended Complaint for Civil Action No. 08-CV-00183-SLR, Filed on April 3, 2008.*

Sincerely,

*[signature]*
James M. Irvin, M.D., *pro se*

cc: Patricia C. Hannigan, Esquire, Assistant United States Attorney, Wilmington, DE
     Assistant General Counsel, Department of Veterans Affairs, Washington, D.C.