IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. IRVIN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-183-SLR |
| | ) |
| JAMES B. PEAKE, SECRETARY, | ) |
| DEPARTMENT OF VETERANS | ) |
| AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 20th day of August, 2008, having reviewed defendant's letter in response to the court's proposed scheduling order (D.I. 7), and having reviewed the case law cited therein;

IT IS ORDERED that the instant Freedom of Information Act ("FOIA") case shall be managed as follows:

1. Plaintiff's paper styled as a response to a motion to dismiss (D.I. 6) shall be considered an amended complaint and labeled as such on the docket.

2. Because discovery in a FOIA case is generally inappropriate, no discovery shall be undertaken by either party until further order of the court.[1]

3. All motions for summary judgment,[2] based on plaintiff's complaint and

---

[1] The schedule originally proposed by the court (D.I. 5), therefore, has no further relevance to this matter.

[2] Along with the opening briefs and any appendices in support of said motions.

amended complaint (D.I. 1, 6), shall be filed on or before **October 22, 2008.**

Responsive briefs (and appendices, if any) shall be filed on or before **December 22, 2008.** Reply briefs shall be filed on or before **January 30, 2009.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sue L. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge